# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2707 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 36 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 53881 |
| | : | |
| CARL B. WILLIAMSON, | : | (Lehigh County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Carl B. Williamson is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).